**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**RICHARD MCALLISTER**                                                                              **PLAINTIFF**

**v.**                                          **4:08CV03619-WRW**

**LIFE INSURANCE COMPANY OF**
**NORTH AMERICA,** *et al***.**                                                                      **DEFENDANTS**

## JUDGMENT

Based on an Order entered this date granting Plaintiff's Motion for Summary Judgment, and denying Defendant's Motion for Summary Judgment, Judgment is entered for Plaintiff and this case is closed.

IT IS SO ORDERED this 7th day of May, 2009.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE