IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RICHARD MCALLISTER**                                                                              **PLAINTIFF**

**V.**                          **CASE NO.  4:08CV3619-WRW**

**LIFE INSURANCE COMPANY OF NORTH**
**AMERICA and MOLEX, INC. LONG TERM**
**DISABILITY PLAN**                                                                                  **DEFENDANTS**

### PLAINTIFF'S MOTION FOR FEES, COSTS AND PREJUDGMENT INTEREST

Richard McAllister, by and through undersigned counsel, and for his Motion for Award of Prejudgment Interest, Attorneys Fees, and Non-Taxable Costs, alleges and states as follows:

1. On May 7, 2009, the Court entered its Order that granted Plaintiff the relief requested in this proceeding, and denied the Life Insurance Company of North America ("Lina") Motion for Summary Judgment.

2. Plaintiff requests that this Court enter an Order requiring Lina to pay prejudgment interest at the applicable federal rate.

3. Pursuant to 11 U.S.C. § 1132(g), the court in its discretion may allow a reasonable attorney's fee and costs to Plaintiff, and the court should do so for the reasons discussed in the memorandum filed in support of this Motion.

4.   Submitted in support hereof is Exhibit A, the Declaration of Leon Marks, with attached hourly billing and expense records. Based upon the foregoing, Plaintiff should be awarded fees in the amount set out in the declaration along with costs and pre-judgment interest.

WHEREFORE, Plaintiff requests that the Court enter an Order requiring Lina to pay prejudgment interest, and Plaintiff's reasonable attorneys' fees and costs in the amounts set forth in Paragraph 4.

Respectfully submitted,

**/s/ Leon Marks**

Arkansas Bar # 76-175
Leon Marks, P.A.
111 Center Street, Suite 1200
Little Rock, AR  72201
(501) 978-3131
LMarks5080@aol.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

R..T. Beard, III
rbeard@mwsgw.com
&
Delena C. Hurst
dhurst@mwsgw.com

Mitchell Williams

   /s/ **Leon Marks**

Arkansas Bar # 76-175
Leon Marks, P.A.
111 Center Street, Suite 1200
Little Rock, AR  72201
(501) 978-3131
LMarks5080@aol.com